# EXHIBIT A

I, VICTORIA J. LOGAN, of the City of Pawtucket, County of Providence, State of Rhode Island,

of

for consideration paid, grant to DANIEL R. CHAPUT and DENISE CHAPUT, husband and wife, both of said City of Pawtucket as tenants by the entirety and not as tenants in common,

of ........ with WARRANTY COVENANTS

(DESCRIPTION, AND INCUMBRANCES, IF ANY)

That certain real estate located in the City of Pawtucket, County of Providence, State of Rhode Island, and described as follows:

That certain lot or parcel of land, with all the buildings and improvements thereon, situated on the westerly side of Woodside Avenue, in said City of Pawtucket, laid out and designated as lot numbered one hundred nine (109) on that plat of land entitled "Plat of Melrose Lawn Pawtucket R.I. Property of W. C. Orcutt & Co. Walter C. Stevens Civil Engineer & Surveyor, Melrose, Mass. July 1899", which said plat is duly recorded in the Office of the City Clerk in said City of Pawtucket on Plat Card 307.

Being the same premises conveyed to this grantor by deed from Robert D. Logan et ux dated September 30,1977 and recorded in the Land Records of the City ofPawtucket in Book 707 at Page 385.

This conveyance is made subject to restrictions of record and to prior mortgages of record to Old Stone Bank and Pawtucket Trust Company.

Property Address: 110 Woodside
Pawtucket, RI 02860
Plat 17 Lot 102

10/16/78 REALTY TRANSFER TAX OCT 16 '78 77.00

BK 711 PG 1003

'78 OCT 16 AM 11 43

I, Robert D. Logan husband of the grantor

release to said grantee s all my right of curtesy and all other interest in the aforedescribed premises.

Witness our hands this 29th day of SEPTEMBER 1978

Victoria J. Logan

Robert D. Logan

State of Rhode Island, Etc.
COUNTY OF Providence

In Pawtucket on the 29th day of SEPTEMBER, 1978

before me personally appeared Victoria J. Logan and Robert D. Logan

to me known and known by me to be the parties executing the foregoing instrument, and they acknowledged said instrument, by them executed, to be their free act and deed;

Kathleen B. McCarthy

Notary Public