CA 07 208 ML

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

R.W. LOWDER in his capacity as Trustee of The STEEL HORSE INTERNATIONAL TRUST,
Plaintiff,

VS. C.A. No.: 07-

DENISE CHAPUT, WILLIAM BURKE, ESQUIRE, ALBERT MAINELLI, Esquire KIRSHENBAUM & KIRSHENBAUM, LTD., and CHARLES HAIGH., in his Capacity as Clerk of the Rhode Island Family Court,

Defendants,

**AFFIDAVIT OF R.W. LOWDER IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY AND PERMANENT INJUNCTION**

STATE OF TENNESSEE }
COUNTY OF }

I, R.W.Lowder, first being duly sworn upon oath do depose and say as follows:

1. That I am the Executive Director and Trustee of the plaintiff, STEEL HORSE INTERNATIONAL TRUST, and have personal knowledge of the facts herein set forth.

2. That, I have read the entirety of the Complaint filed in the above-captioned matter.

3. That those allegations, as set forth in Paragraphs 1 through 34 thereof, are true and accurate to the best of my knowledge and belief.

4. That if a Temporary Restraining Order is not entered, and thereafter a preliminary and permanent injunction, the plaintiff will suffer immediate and irreparable harm for which there is not adequate remedy at law.

5. That all such allegations are herein incorporated by reference and adopted by your affiant as true and correct, as to the best of my knowledge and belief, as well as the damages of which the plaintiff complains.

R.W. Lowder

R.W. LOWDER, in has capacity as
Executive Director and Trustee of
the plaintiff, STEEL HORSE
INTERNATIONAL TRUST

**Certificate of Acknowledgment of Notary Public**

State of Tennessee )
) ss
County of Davidson, TN )

On June 6 , 2007 , before me, Elizabeth H. Staley
a notary public in and for said state personally appeared Robert Lowder .
who is personally known to me (or proved on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he or she executed the same in his or her authorized capacity and that by his or her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the forgoing affidavit. Subscribed and sworn before me on this ______ day of June 2007, under the pains and penalties of perjury.

WITNESS my hand and official seal.

Elizabeth H. Staley

Notary Public for the State of Tennessee

MY COMMISSION EXPIRES:
July 19, 2008

My commission expires ______________

[NOTARY SEAL]

ELIZABETH H. STALEY
STATE OF TENNESSEE NOTARY PUBLIC
DAVIDSON COUNTY