UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

R. W. Lowder, in his capacity as
Trustee of the STEEL HORSE
INTERNATIONAL TRUST

vs. CA 07-208ML

DENISE CHAPUT, WILLIAM
BURKE, ESQ., ALBERT MAINELLI, ESQ.
KIRSHENBAUM & KIRSHENBAUM, LTD.
And CHARLE HAIGH, in his capacity
as Clerk of the Rhode Island Family Court

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
June 7, 2007

Entered as an Order of this Court on June 7, 2007.

Barbara Barletta
Deputy Clerk