UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| R.W. Lowder, in his Capacity as Trustee of the STEEL HORSE INTERNATIONAL TRUST, Petitioner, | |
| vs. | C.A. No. 07-208 S |
| Denise Chaput, William Burke, Esq., Albert Mainelli, Esq., Kirshenbaum & Kirshenbaum, Ltd., and Charles Haigh, in his Capacity as Clerk of the Rhode Island Family Court, Respondents. | |

ORDER

After consideration of Petitioner's motion for a temporary restraining order, it is hereby ordered that the motion be DENIED. Plaintiff has failed to show either a likelihood of success on the merits or the threat of irreparable harm. Plaintiff may file with the clerk, at a later date, a letter seeking to schedule a preliminary injunction hearing on the matter. The Respondents may also file any appropriate motion to dismiss within 30 days of this Order.

By Order:
[signature]
Deputy Clerk

Enter:
[signature]
William E. Smith
U. S. District Judge
Date: 6/11/07