*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| R.W. LOWDER, in his capacity as Trustee of the STEEL HORSE INTERNATIONAL TRUST<br>Petitioner<br>VS.<br><br>DENISE CHAPUT, WILLIAM BURKE, ESQ. ALBERT MAINELLI, ESQ., KIRSHENBAUM AND KIRSHENBAUM ATTORNEYS AT LAW, LTD., and CHARLES HAIGH, in his Capacity as Clerk of the Rhode Island Family Court<br>Respondents | C.A. NO.: 07-208 S |

ENTRY OF APPEARANCE

I, Christopher L. Russo, Esquire, hereby enter my appearance on behalf of Defendants ALBERT J. MAINELLI, ESQUIRE and KIRSHENBAUM AND KIRSHENBAUM ATTORNEYS AT LAW, INC.

Defendants
ALBERT J. MAINELLI, ESQUIRE and
KIRSHENBAUM AND KIRSHENBAUM
ATTORNEYS AT LAW, INC.
By their attorney

/s/ Christopher L. Russo, Esq.__________

Christopher Russo, Esquire #4571
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, Rhode Island 02910
401-946-3200
crusso@kirshenbaumri.com