*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| R.W. LOWDER, in his capacity as Trustee of the STEEL HORSE INTERNATIONAL TRUST<br>Petitioner<br>VS.<br><br>DENISE CHAPUT, WILLIAM BURKE, ESQ. ALBERT MAINELLI, ESQ., KIRSHENBAUM AND KIRSHENBAUM ATTORNEYS AT LAW, LTD., and CHARLES HAIGH, in his Capacity as Clerk of the Rhode Island Family Court<br>Respondents | C.A. NO.: 07-208 S |

STIPULATION

Now come the Plaintiff, and Defendants ALBERT J. MAINELLI, ESQUIRE and KIRSHENBAUM AND KIRSHENBAUM ATTORNEYS AT LAW, INC.through counsel and hereby stipulate that the following entry shall be made in the above-entitled matter:

Defendants ALBERT J. MAINELLI, ESQUIRE and KIRSHENBAUM AND KIRSHENBAUM ATTORNEYS AT LAW, INC. shall have up to and including August 10, 2007 within which to file an Answer to the Plaintiff's complaint.

Plaintiff,
R.W. LOWDER, in his capacity as Trustee
of the STEEL HORSE INTERNATIONAL
TRUST
By his attorney

/s/ Damon D. D'Ambrosio, Esq.
Damon D. Dambrosio, Esquire #3581
7 Waterman Avenue
North Providence, RI 02911
401-232-4000

Defendants
ALBERT J. MAINELLI, ESQUIRE and
KIRSHENBAUM AND KIRSHENBAUM
ATTORNEYS AT LAW, INC.
By their attorney

/s/ Christopher L. Russo, Esq.
Christopher Russo, Esquire #4571
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, Rhode Island 02910
401-946-3200
crusso@kirshenbaumri.com