*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| R.W. LOWDER, in his capacity as Trustee of the STEEL HORSE INTERNATIONAL TRUST<br>Petitioner<br>VS.<br><br>DENISE CHAPUT, WILLIAM BURKE, ESQ. ALBERT MAINELLI, ESQ., KIRSHENBAUM AND KIRSHENBAUM ATTORNEYS AT LAW, LTD., and CHARLES HAIGH, in his Capacity as Clerk of the Rhode Island Family Court<br>Respondents | C.A. NO.: 07-208 S |

DEFENDANTS, ALBERT MAINELLI AND
KIRSHENBAUM & KIRSHENBAUM ATTORNEYS AT LAW, INC.'S,
MOTION TO DISMISS

Now comes the Defendants Albert Mainelli and Kirshenbaum & Kirshenbaum, Attorneys at Law, Ltd., who hereby move to dismiss Plaintiff's Complaint.

The basis of the Defendants' Motion to Dismiss is that the Federal Court should abstain from exercising jurisdiction over this matter as Plaintiff is presently having the identical issues addressed in the Rhode Island Family Court. The Petitioner has successfully intervened in the State Family Court and whatever interests it may have can be litigated in that forum.

Despite the Petitioner's successful intervention in the Family Court, he, through his counsel, refuse to voluntarily dismiss the within action. Instead choosing to litigate these issues in two separate forums causing unnecessary time and expenses on the part of Defendants Albert Mainelli and Kirshenbaum & Kirshenbaum, Attorneys at Law, Inc.

WHEREFORE, your Defendants Albert Mainelli and Kirshenbaum & Kirshenbaum, Attorneys at Law, Ltd. respectfully pray that:

1. Plaintiff's Complaint be dismissed;
2. Judgment entered against the plaintiff and in favor of Defendants, Albert Mainelli and Kirshenbaum & Kirshenbaum, Attorneys at Law, Inc.
3. Defendants be awarded costs and attorney fees incurred in the bringing of this motion;
4. Defendants be awarded any and all other relief which this honorable Court may find meet and just.

Defendants
ALBERT J. MAINELLI, ESQUIRE and
KIRSHENBAUM AND KIRSHENBAUM ATTORNEYS AT LAW, INC.

By their attorney

/s/ Christopher L. Russo, Esq.
Christopher Russo, Esquire #4571
Kirshenbaum & Kirshenbaum
888 Reservoir Avenue
Cranston, Rhode Island 02910
401-946-3200
crusso@kirshenbaumri.com