*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| R.W. LOWDER, in his capacity as Trustee of the STEEL HORSE INTERNATIONAL TRUST<br>Petitioner<br>VS.<br><br>DENISE CHAPUT, WILLIAM BURKE, ESQ. ALBERT MAINELLI, ESQ., KIRSHENBAUM AND KIRSHENBAUM ATTORNEYS AT LAW, LTD., and CHARLES HAIGH, in his Capacity as Clerk of the Rhode Island Family Court<br>Respondents | C.A. NO.: 07-208 S |

# EXHIBIT A

*To Defendants' Motion to Dismiss*

## July 2, 2007 Family Court Order

AJM/ps #I447

STATE OF RHODE ISLAND FAMILY COURT

PROVIDENCE, SC.

DENISE CHAPUT :

Vs. : F. C. No.: P2005-2410

DANIEL R. CHAPUT :

ORDER

The above matter came on for further hearing before General Magistrate O'Brien on the 26th day of June, 2007, upon various and sundry pleadings filed by Plaintiff, Denise Chaput, and upon pleadings filed by Prospective Intervenor, Steel Horse International Trust, a Tennessee Trust, Robert Lowder, Trustee and Executive Director, to include a Motion to Intervene on the part of Steel Horse International Trust and a Motion to Vacate prior Orders entered in this Family Court action as captioned above and a Motion of Prospective Intervenor, Steel Horse International Trust, a Tennessee Trust, to Stay proceedings herein and additionally, upon oral Motions made by Defendant, Daniel R. Chaput, attempting to fire Attorney Albert John Mainelli as counsel for Plaintiff, Denise Chaput, and upon Defendant, Daniel R. Chaput's oral Motion that General Magistrate O'Brien take himself off the case and after the argument of counsel, in part, and upon consideration by the Court, it is hereby

CLERK

TRUE COPY ATTEST

**ORDERED**

1. The Motion to Intervene filed by Robert Lowder, in his capacity as Trustee and Executive Director of the Steel Horse International Trust, a Tennessee Trust, is granted.

2. In his capacity as Trustee and Executive Director of Steel Horse International Trust, a Tennessee Trust, Intervenor Robert Lowder's Motion to Vacate any and all prior Orders of this Court entered on or after November 23, 2006 as they pertain to those certain premises located at 110 Woodside Avenue, Pawtucket, Rhode Island 02861 is denied.

3. The Motion of Robert Lowder, in his capacity as Trustee and Executive Director of the Steel Horse International Trust, a Tennessee Trust, for a Stay in this case is denied.

4. The oral Motions made by Defendant, Daniel R. Chaput, in this matter that Attorney Albert John Mainelli be removed as counsel for Denise Chaput, in that Defendant has represented to the Court that he has authority to take such action under RIGL 15-4-11, is denied.

5. Defendant's oral Motion, which the Court will treat as a Motion to Recuse the Court from hearing this case, is also denied.

6. In that Defendant has purportedly submitted a claim to the Union Mutual Fire Insurance Company, Policy No. HP5030846, for damage to those premises located at 110 Woodside Avenue, Pawtucket, Rhode Island 02861, the former marital domicile, Defendant is enjoined and restrained

from cashing-in, spending and/or otherwise disposing of any insurance settlement moneys received, all until the further order of the court.

7. This matter is continued for further hearing on Plaintiff's Motions for Contempt, Etc. and for a Restraining Order to August 8, 2007.

ENTERED as an Order of Court this 2 day of June, 2007.

APPROVED: PER ORDER:

JUSTICE 7/2/07 CLERK

CERTIFICATION

I, the undersigned, hereby certify that on the 27th day of June, 2007, I mailed a copy of the within Order to Damon D'Ambrosio, Esquire, 7 Waterman Avenue, North Providence, Rhode Island 02911, William J. Burke, Jr., Esquire, 141 Power Road, Suite 106, Pawtucket, Rhode Island 02860, Mr. Daniel R. Chaput, 110 Woodside Avenue, Pawtucket, Rhode Island 02861 and Mrs. Denise Chaput.

ALBERT JOHN MAINELLI, ESQUIRE

PRESENTED BY:

ALBERT JOHN MAINELLI, ESQUIRE
#1447