**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**R.W. Lowder**
**in his capacity as Trustee of the**
**Steel Horse International Trust**

**V.** **Case Number: C.A. NO. 07-208S**

**Denise Chaput, William Burke, Esq,**
**Albert Mainelli, Esq, Kirshenbaum & Kirshenbaum, LTD,**
**and Charles Haigh, in his capacity as clerk of the Rhode Island**
**Family Court**

**Jury Verdict.**
**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants, Denise Chaput, William Burke, Esq, Albert Mainelli, Esq, Kirshenbaum & Kirshenbaum, LTD, and Charles Haigh, in his capacity as clerk of the Rhode Island Family Court against the Plaintiff, R.W. Lowder, in his capacity as Trustee of the Steel Horse International Trust, pursuant to this Court's Text Order dated July 26, 2007 granting Defendants' Motion to Dismiss.**

**BY ORDER:**

**July 26, 2007**
**Date**

**Deputy Clerk**